# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ines V. Colon<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Ines V. Colon<br>and<br>William C. Miller<br>Respondents | Chapter 13 Proceeding<br><br>20-13374 AMC |

## OBJECTION TO CONFIRMATION OF PLAN

WELLS FARGO BANK, N.A. (Movant), a secured creditor in this case objects to the confirmation of the Debtor's Chapter 13 Plan and states the following:

1. The plan does not provide for the secured creditor, WELLS FARGO BANK, N.A., to receive the full value of its claim in violation of 11 U.S.C. §1325(a)(5)(B)(ii).

2. As of the date of the filing on August 17, 2020, Movant is the holder of a secured claim in the estimated amount of $17,096.89 secured by the Debtor's property located at 94 Hollybrooke Drive, Middletown, PA 19056. A Proof of Claim will be filed on or before the claims deadline.

4. Debtor's Plan proposes to pay Movants pre petition arrears in the amount of $14,235.31 rather than the correct amount of $17,096.89. Debtors plan also fails to provide provisions for the future payments of taxes and insurance. A copy of the Plan is attached hereto as Exhibit "B".

5.  If the plan is confirmed, the Movant may suffer irreparable injury, loss and damage.

WHEREFORE, WELLS FARGO BANK, N.A. respectfully requests that confirmation of the plan be denied.

Respectfully Submitted,

*/s/ Sarah K. McCaffery, Esquire*
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire;  ID #63252
Harry B. Reese, Esquire;  ID #310501
Sarah K. McCaffery, Esquire;  ID #311728
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090; Facsimile: 215-942-8661
Email:  bankruptcy@powerskirn.com
Attorney for Movant
Dated: September 29, 2020